ORIGINAL

jilee.ind

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

JUN -6 2007

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JI EON LEE, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. **07-00053** <br><br> **INDICTMENT** <br><br> **FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS** <br> [18 U.S.C. §§ 2 & 1028(a)(7)] |

THE GRAND JURY CHARGES:

On or about January 27, 2005, in the District of Guam, the defendant herein, JI EON LEE, did unlawfully and knowingly possess and use, without lawful authority, a means of identification of another person, to-wit: Taxpayer Identification Number 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, belonging to another individual, with the intent to commit, or to aid or abet, or in connection with, an unlawful activity that constitutes a violation of Federal law, to-wit: Title 18, United States Code,

//
//
//

Section 666(a)(2), and a violation of State law, to-wit: Title 9, Guam Code Annotated, Sections 46.80(a)(4) & 3109.

ALL IN VIOLATION of Title 18, United States Code, Section 2 and 1028(a)(7).

Dated this 6th day of June 2007.

A TRUE BILL.

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

Reviewed:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney

| **Criminal Case Cover Sheet** | **U.S. District Court** |

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **07-0053**
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__    Matter to be sealed: __x__ Yes _____ No

Defendant Name _____JI EON LEE_____

Alias Name _____

Address _____

_____

Birthdate __Xx/xx/__ SS# __xxx-xx-__ Sex ____ Race __A__ Nationality__Korean__

**U.S. Attorney Information:**

AUSA ____Karon V. Johnson____

**Interpreter:** ____ No __X__ Yes    List language and/or dialect: __Korean__

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__    ____ Petty ____ Misdemeanor __X__ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  18 USC 2 & 1028(a)(7) | Fraud in Connection with Identification Documents | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: __6/5/07__    Signature of AUSA: __Karon V. Johnson__

**RECEIVED JUN - 6 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**