ORIGINAL

jileeseal

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
JUN -6 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

UNITED STATES OF AMERICA, ) CRIMINAL CASE NO. **07-00053**
        Plaintiff, )
        vs. ) **APPLICATION TO SEAL RECORD**
JI EON LEE, )
        Defendant. )

The United States moves this Honorable Court for an order sealing the record in the above-entitled case for the reason that further investigation is still pending in this matter, which may be hindered by making this cause available for public scrutiny.

Respectfully submitted this 6th day of June 2007.

        LEONARDO M. RAPADAS
        United States Attorney
        Districts of Guam and NMI

By: _____
        KARON V. JOHNSON
        Assistant U.S. Attorney