# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-07-00053-001            DATE: June 18, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: None Present            Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez    Electronically Recorded: 11:06:59 - 11:21:30
CSO: L. Ogo

**APPEARANCES:**
Defendant: Ji Eon Lee            Attorney: Howard Trapp
☒ Present ☐ Custody ☐ Bond ☐ P.R.    ☒ Present ☒ Retained ☐ FPD ☐ CJA
U.S. Attorney: Karon Johnson            U.S. Agent: Bill Cline, F.B.I.
U.S. Probation: Christopher Duenas            U.S. Marshal: T. Muna
Interpreter: Sung Woo Yoon            Language: Korean

**PROCEEDINGS: Initial Appearance on an Indictment and Arraignment**
- Defendant sworn and examined.
- Defendant arraigned and advised of her rights, charges and penalties.
- Defendant waives reading of Indictment.
- Plea entered: Not guilty
- Trial set for: August 13, 2007 at 9:30 a.m.
- Defendant released on conditions orally ordered by the Court.

NOTES: