AO 98 (Rev. 8/85) Appearance Bond

# UNITED STATES DISTRICT COURT

District of __Guam__

UNITED STATES OF AMERICA
V.

JI EON LEE

_____
Defendant

**APPEARANCE BOND**

Case   CR-07-000053-001

**FILED**
DISTRICT COURT OF GUAM
JUN 1 9 2007
MARY L.M. MORAN
CLERK OF COURT

Non-surety: I, the undersigned defendant acknowledge that I and my . . .
Surety: We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ _____50,000.00._____

The conditions of this bond are that the _____JI EON LEE_____
(Name)
is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on ____June 18, 2007____ at ____HAGATNA, GUAM____
                              Date                                    Place

Defendant  [signature]                 Address  Tamuning, Gu.
Surety     [signature]                 Address  Tamuning, Gu.
Surety     _____          Address  _____

Signed and acknowledged before me ____June 18, 2007____
                                        Date

                                        [signature]
                                        Judicial Officer/Clerk

Approved [signature]
Judicial Officer

AO 98 (Rev. 8/85)

# JUSTIFICATION OF SURETIES

I, the undersigned surety, say that I reside at _____

_____ ; and that my net worth is the sum of

_____ dollars ($ _____ ).

I further state that

<br>

_____
Surety

Sworn to before me and subscribed in my presence _____
Date

at _____
Place

_____  _____
Name and Title    Signature of Judicial Officer/Clerk

---

I, the undersigned surety, state that I reside _____

_____ ; and that my net worth is the sum of

_____ dollars ($ _____ ).

I further state that

<br>

_____
Surety

Sworn to before me and subscribed in my presence _____
Date

at _____
Place

_____  _____
Name and Title    Signature of Judicial Officer/Clerk

Justification Approved: _____
Judicial Officer