JLee.SEL

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JUN 21 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JI EON LEE,<br><br>    Defendant. | CRIMINAL CASE NO. 07-cr-00053<br><br>**APPLICATION TO SEAL UNITED STATES APPLICATION TO DISCLOSE CERTAIN TAX INFORMATION** |

    The United States moves this Honorable Court for an order sealing the United States' Application to Disclose Certain Tax Information in the above-entitled case for the reason that tax information contains such information that should not be made available for public scrutiny.

    Respectfully submitted this 20th day of June, 2007.

                                   LEONARDO M. RAPADAS
                                   United States Attorney
                                   Districts of Guam and NMI

By: _____
                KARON V. JOHNSON
                Assistant U.S. Attorney