JLee.OAS

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00053 |
| Plaintiff, | **ORDER** |
| vs. | **RE: APPLICATION TO SEAL UNITED STATES APPLICATION TO DISCLOSE CERTAIN TAX INFORMATION** |
| JI EON LEE, | |
| Defendant. | |

Through an application to seal the Application to Seal the United States Application to Disclose Certain Tax Information and Order having come before this Honorable Court and the Court finding good cause for the issuance of the order;

**IT IS SO ORDERED** that these documents hereby remain filed under seal with the Court until the conclusion of the case.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Jun 21, 2007