1  LEONARDO M. RAPADAS
   United States Attorney
2  KARON V. JOHNSON
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
4  Hagåtña, Guam 96910
   Tel: (671) 472-7332
5  Fax: (671) 472-7334

6  Attorneys for the United States of America

7

8                    IN THE DISTRICT COURT OF GUAM

9                       FOR THE TERRITORY OF GUAM

10

11  UNITED STATES OF AMERICA,          )   CRIMINAL CASE NO. 07-00053
                                        )
12               Plaintiff,             )
                                        )
13          vs.                         )   **ORDER TO UNSEAL RECORD**
                                        )
14  JI EON LEE,                         )
                                        )
15               Defendant.             )
                                        )
16  _____

17       Through an application to unseal the record having come before this Honorable Court

18  and the Court finding good cause for the issuance of the order.

19       IT IS SO ORDERED that the record is unsealed.

20

21

22                                          /s/ Joaquin V.E. Manibusan, Jr.
                                               U.S. Magistrate Judge
23                                          **Dated: Jul 31, 2007**

24

25

26

27

28