(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone 477-7000

Attorney for Defendant



**FILED**
DISTRICT COURT OF GUAM

AUG - 6 2007

JEANNE G. QUINATA
Clerk of Court

## DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Criminal Case No. 07-00053 |
| Plaintiff, | ) ( | MOTION FOR CONTINUANCE |
| vs. | ) ( | |
| JI EON LEE, | ) ( | |
| Defendant. | ) ( | |

------------

The parties respectfully move that the trial of this criminal proceeding, heretofore scheduled for August 13, 2007, be continued to October 20, 2007—or shortly thereafter—on the ground that the ends of justice served by taking such action outweigh the best interest of the public and Defendant in a speedy trial in that the failure to grant such a continuance would unreasonably deny Defendant and the Government continuity of counsel and would deny counsel for Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, all as appears from the Declarations in Support of Motion for

------------

ORIGINAL

(MOTION FOR CONTINUANCE)
Criminal Case No. 07-00053

Continuance which accompany this motion.

Dated at Hagåtña, Guam, this 6th day of August, 2007.

_____
KARON V. JOHNSON
For ASSISTANT U.S. ATTORNEY
Attorney for Plaintiff

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for Defendant

(MotionCont.JELee)