(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone 477-7000

Attorney for Defendant

FILED
DISTRICT COURT OF GUAM

AUG - 6 2007

JEANNE G. QUINATA
Clerk of Court

DISTRICT COURT OF GUAM

------------

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07-00053 |
| Plaintiff, | DECLARATION IN SUPPORT OF STIPULATION FOR CONTINUANCE (DEFENSE COUNSEL) |
| vs. | |
| JI EON LEE, | |
| Defendant. | |

------------

I, Howard Trapp, declare that I am counsel for Defendant in this criminal proceeding.

2. I am a sole practitioner.

3. The trial of Defendant is scheduled to commence on August 13, 2007.

4. I am also counsel for the defendant in another criminal proceeding of which the trial is also scheduled to commence in this Court on August 13, 2007; I am also counsel for the defendants in other criminal actions of which the trials are scheduled to commence in the Superior Court of Guam on September 14 and 19 and October 8, 2007; and as a consequence of this and of the many other day-to-day demands of a busy criminal and civil defense practice, I have not been able to prepare for the trial of this

(DECLARATION IN SUPPORT OF STIPULATION FOR CONTINUANCE
(DEFENSE COUNSEL))
Criminal Case No. 07-00053

criminal proceeding, and taking into account the exercise of due diligence, I shall not be able to be effectively prepared for the trial of this criminal proceeding until on or about October 20, 2007.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on August 6, 2007, at Hagåtña, Guam.

    _____
    HOWARD TRAPP

(Declaration.JELee)