(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone 477-7000

Attorney for Defendant



**FILED**
DISTRICT COURT OF GUAM

AUG - 6 2007

JEANNE G. QUINATA
Clerk of Court

DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Criminal Case No. 07-00053 |
| Plaintiff, | ) ( | DECLARATION IN SUPPORT OF |
| vs. | ) ( | MOTION FOR CONTINUANCE (AUSA) |
| JI EON LEE, | ) ( | |
| Defendant. | ) ( | |

------------

I, Karon V. Johnson, declare that I am an Assistant United States Attorney and the attorney for the Government in this criminal proceeding.

2. The trial of Defendant is scheduled to commence on August 13, 2007.

3. I am the attorney for the Government in another criminal proceeding of which the trial is scheduled to commence in this Court on August 13, 2007.

4. I shall be off-island from August 31, 2007 to October 8, 2007 (I am getting married).

I declare under penalty of perjury that the foregoing is

--------------------

(DECLARATION IN SUPPORT OF STIPULATION FOR CONTINUANCE
(AUSA))
Criminal Case No. 07-00053

true and correct.

       Executed on August 6, 2007, at Hagåtña, Guam.

                                  /s/ Karon V. Johnson
                              KARON V. JOHNSON

(Declaration.JELee)