(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone 477-7000

Attorney for Defendant

DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Criminal Case No. 07-00053 |
| | ) | |
| Plaintiff, | ( | ORDER FOR CONTINUANCE AND |
| | ) | TRIAL ORDER |
| vs. | ( | |
| | ) | |
| JI EON LEE, | ( | |
| | ) | |
| Defendant. | ( | |

------------

       The parties having moved that the trial of this criminal proceeding, heretofore scheduled for August 13, 2007, be continued to October 20, 2007—or shortly thereafter—and it appearing to the Court that the ends of justice served by taking such action outweigh the best interest of the public and Defendant in a speedy trial in that the failure to grant such a continuance would unreasonably deny Defendant and the Government continuity of counsel and would deny counsel for Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, now, therefore,

       IT IS ORDERED that the trial in this matter is scheduled for October 23, 2007 at 9:30 a.m.  The time between the filing of the motion and date of trial is deemed excludable pursuant to 18 U.S.C. § 3161(h)(8)(A).

IT IS FURTHER ORDERED that pretrial motions shall be filed no later than October 9, 2007, and

IT IS FURTHER ORDERED that the matters heretofore required to be filed or lodged with this Court no later than August 6, 2007, be filed or lodged with this Court no later than October 16, 2007 (seven calendar days prior to trial).

SO ORDERED.



/s/ Frances M. Tydingco-Gatewood
    Chief Judge
**Dated: Aug 07, 2007**