jieonleedismiss

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM

OCT 19 2007

JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JI EON LEE, <br><br> Defendant. | CRIMINAL CASE NO. 07-00053 <br><br> **MOTION TO DISMISS INDICTMENT** |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Indictment in the above cause against defendant, JI EON LEE, be dismissed without prejudice, in the interest of justice.

Respectfully submitted this 18th day of October 2007.

                                              LEONARDO M. RAPADAS
                                              United States Attorney
                                              Districts of Guam and NMI

By: _/s/ Karon V. Johnson_____
      KARON V. JOHNSON
      Assistant U.S. Attorney