LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00053 |
| Plaintiff, | |
| vs. | **ORDER TO DISMISS INDICTMENT** |
| JI EON LEE, | |
| Defendant. | |

The United States' Motion to Dismiss the Indictment, without prejudice, as to defendant, JI EON LEE, is hereby granted.

SO ORDERED.

/s/ **Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Oct 19, 2007**