1  ROSSANNA VILLAGOMEZ-AGUON
   Chief U.S. Probation Officer
2  CARMEN D. O'MALLAN
   U.S. Probation Officer Specialist
3  U.S. District Court of Guam
   2nd Floor, U.S. Courthouse
4  520 West Soledad Avenue
   Hagatna, Guam 96910
5  Telephone: (671) 473-9201
   Fax: (671) 473-9202

6

7

8

**UNITED STATES DISTRICT COURT**

**FOR THE**

**DISTRICT OF GUAM**

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00053-001 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **APPLICATION FOR** |
| | ) | **RELEASE OF PASSPORT** |
| JI EON LEE, | ) | |
| Defendant. | ) | |

         COMES NOW, U.S. Probation Officer Specialist Carmen D. O'Mallan, in the above-caption case and requests for the release of Republic of Korea Passport Number XXXXXXXXX to the defendant, Ji Eon Lee.  The passport was surrendered to the custody of the U.S. Probation Office pending the disposition of this case.  On October 19, 2007, the United States' Motion to Dismiss the Indictment, without prejudice, was granted.


         Dated this  5th  day of December 2007.


                                             /s/ CARMEN D. O'MALLAN
                                             U.S. Probation Officer Specialist